# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **ANDREW M. BONHAM** | § | |
| | § | |
| **V.** | § | A-23-CV-1000-DII |
| | § | |
| **RONALD BARNETT, et al.** | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's order which dismissed Plaintiff's complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is hereby **ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** and this case is **CLOSED**.

**SIGNED** on September 12, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE